LAWRENCE D. HESLIN and Others, Respondents, *v.* PATRICK J. WHALEN and Others, Appellants.

*Depositions — examination of defendant before trial — subject of examination proper and fully stated — not defect that some items are stated as in complaint — motion granted.*

Appeal from an order of the Supreme Court, made at the Kings Special Term and entered in the Kings county clerk's office October 23, 1925.

Order directing examination before trial affirmed, with ten dollars costs and disbursements, on opinion of Mr. Justice Van Siclen at Special Term. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

The following is the opinion of the court below:

VAN SICLEN, J.: The subject of the proposed examination seems to be as fully stated as necessary and to be the proper subject of examination. The fact that the items are in part stated as in the complaint is not a defect, especially in view of the fact that the allegations of the complaint are unusually full and detailed. The motion for the examination will be granted.